# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| La Rue, Denise K. | U.S. Courts Southern District of Indiana | 5/15/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge-FT | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 1/1/2014 to 12/31/2014 |

**7. Chambers or Office Address**

255 United States Courthouse
46 East Ohio Street
Indianapolis, IN 46204

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 5/15/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 5/15/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Barclay Card USA (formerly Bank of America) | Credit Card (Master Card and Visa) | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RBC WEALTH MNGMT IRA (Guardian Variable Annutiy) #1 (H) | | | | | | | | | |
| 2. -Alliance Bernstein VPS International Value | A | Int./Div. | J | T | | | | | |
| 3. -Black Rock Large Cap Core | A | Int./Div. | J | T | | | | | |
| 4. -Columbia Variable Portfolio Small Cap Value Fund | A | Int./Div. | J | T | | | | | |
| 5. -Fidelity VIP Contra Fund | A | Int./Div. | K | T | | | | | |
| 6. -Fidelity MidCap Portfolio | A | Int./Div. | K | T | | | | | |
| 7. -Franklin Small Cap Value | A | Int./Div. | J | T | | | | | |
| 8. -Franklin US Government Securities | A | Interest | J | T | | | | | |
| 9. -RS Investment Quality Bond VIP Series | A | Interest | J | T | | | | | |
| 10. -RS Low Duration Bond VIP Series | A | Interest | K | T | | | | | |
| 11. -RS Large Cap Alpha VIP Series | A | Dividend | K | T | | | | | |
| 12. -MFS Utilities Series SC | A | Int./Div. | J | T | | | | | |
| 13. -Oppenheimer Capital Appreciation VA SC | A | Dividend | J | T | | | | | |
| 14. -Oppenheimer Main Street Small & Mid Cap Fund VA | A | Dividend | J | T | | | | | |
| 15. -Oppenheimer Global Strategic Income VA SC | A | Interest | J | T | | | | | |
| 16. -Pioneer Cullen Value VCT Class II | A | Dividend | K | T | | | | | |
| 17. -Pioneer Mid Cap Value VCT Class II | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -PIMCO Total Return Advisor Class | A | Interest | J | T | | | | | |
| 19. -Columbia Variable Portfolio Seligman Global Technology | A | Dividend | J | T | | | | | |
| 20. -Wells Fargo International Equity | A | Int./Div. | K | T | | | | | |
| 21. -Alliance Bernstein Intl | A | Dividend | J | T | | | | | |
| 22. RBC WEALTH MNGMNT Brokerage Account#2 (H) | | | | | | | | | |
| 23. -RBC Bank Deposit (X) | A | Interest | L | T | | | | | |
| 24. -Powershares Senior Bank Loan | A | Interest | | | Sold | 03/14/14 | J | | |
| 25. -Market Vectors Agriculture ETF | A | Dividend | K | T | | | | | |
| 26. -Wisdom Tree Trust | A | Dividend | J | T | | | | | |
| 27. -First Trust Large Cap Value | A | Dividend | K | T | | | | | |
| 28. -TRowe Price tax Free Short IntermediateBond Fund | A | Interest | K | T | Buy (add'l) | 04/23/14 | K | | |
| 29. - iShares Investment Grade Corporate Bond Fund | A | Interest | K | T | | | | | |
| 30. - iShares S&P MidCap 400 Growth Index Fund | A | Dividend | J | T | | | | | |
| 31. - iShares S&P MidCap 400 Value Index Fund | A | Dividend | J | T | | | | | |
| 32. i-Shares S&P Small Cap 600 Value Index Fund | A | Dividend | J | T | | | | | |
| 33. -Powershares Areospace Index Fund | A | Dividend | J | T | | | | | |
| 34. -Central Fund of Canada | A | Dividend | J | T | Buy (add'l) | 03/14/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 5/15/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Utilites Select SPDR Index Fund | A | Dividend | J | T | | | | | |
| 36. -Oppenheimer Developing Markets Fund | A | Dividend | J | T | | | | | |
| 37. -iShares Dow Jones US Energy Sector Index Fund | A | Dividend | J | T | | | | | |
| 38. -First Eagle Gold Fund | A | Dividend | K | T | | | | | |
| 39. -First Eagle Global Fund | A | Dividend | K | T | | | | | |
| 40. -RS Global Natural Resources Fund | A | Dividend | | | Sold | 03/14/14 | J | | |
| 41. -Pac Life Variable Annuity | A | Dividend | K | T | | | | | |
| 42. -Brookfield Infra Income Fund | A | Dividend | J | T | Buy | 04/23/14 | J | | |
| 43. -Fidenlity RealEstate Fund | A | Dividend | J | T | Buy | 04/23/14 | J | | |
| 44. -Hennessy Gas Utlity Fund | A | Dividend | J | T | Buy | 04/23/14 | J | | |
| 45. | | | | | | | | | |
| 46. Lee Alig, personal loan receivable | A | Interest | J | T | | | | | |
| 47. | | | | | | | | | |
| 48. Chase Bank Accounts | A | Interest | L | T | | | | | |
| 49. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 5/15/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| La Rue, Denise K. | 5/15/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Denise K. La Rue**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544